## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| GLENN F SCHULTZ, Administrator of the Estate of Kevin A. Schultz, Deceased<br>Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) | NO: 3:07-cv-216-H<br><br>**COMPLAINT** |

\* \* \* \* \* \*

1. Plaintiff, Glenn F. Schultz, is the Administrator for the Estate of Kevin A. Schultz ("Schultz"), Deceased, resides at 391 Schultz Lane, P.O. Box 99, Fisherville, Kentucky 40223 and at all times herein mentioned is and has been a resident of the Commonwealth of Kentucky.

2. The Army Corps of Engineers is an agency of the Department of Defense of the United States of America.

3. Jurisdiction of this action is founded upon the Federal Tort Claims Act (FTCA), 28 U.S.C., §§ 2671 et seq., and 28 U.S.C. § 1346(b)(1). Plaintiff has satisfied any and all procedural prerequisites for filing his claim in U.S. District Court, as set fort in Section 2675(a) of the FTCA, 28 U.S.C. § 2675(a), inasmuch as Plaintiff has submitted a claim to the Department of the Army, U.S. Army Engineer District, Louisville Corps of Engineers, No. 06-N10-T005, (Corps of Engineers) and said federal agency has denied Plaintiff's claim by notice dated October 18, 2006 and mailed by certified U.S. Mail on October 19, 2006.

4. All events described in this Complaint occurred on or about June 3, 2004 at or near the Chowning Lane access site for Taylorsville Lake within Spencer County, Kentucky.

1

5.     On June 3, 2004, Kevin A. Schultz was a visitor at the Chowning Lane access site of Taylorsville Lake, located at Section 28, Mat 11 in Spencer County, Kentucky. The design and construction of the Chowning Lane access site was performed and directed by the Defendant, Corps of Engineers, and included clearing, grading and paving a boat ramp, as well as an adjacent parking area at the site. In approximately 1988, separate and subsequent to the initial construction of the Chowning Lane access site, the Corps of Engineers installed lighting in the parking lot area, which included installation of the light posts, running electrical lines to each light pole, and finally, wiring the parking lot lights and connecting each light to the electrical line inside connection boxes located near the base of each light pole.

6.     The parcel of land containing the Chowning Lane access site was leased to the Commonwealth of Kentucky after the parking lot lighting had been installed. Inventory and Condition Reports executed contemporaneously with leases of this parcel to the Commonwealth of Kentucky in June, 1989 indicate that improvements to the parcel being transferred included parking lot lighting.

7.     The Corps of Engineers, through its agents, servants and employees, owed the public, including Plaintiff's decedent, Kevin A. Schultz, a duty to exercise reasonable care in installing, the light fixtures at the Chowning Lane Boat Ramp.

8.     The Corps of Engineers, through its agents, servants and employees, installed the lighting in the parking lot area at the Chowning Lane access site in a negligent manner, thereby breaching its duty of care owed to Plaintiff's decedent, Kevin A. Schultz, and directly and proximately causing him to be electrocuted while he was swimming at the Chowning Lane Boat access area.

9.     The Defendant's negligent acts and/or omissions were a substantial factor in causing Plaintiff's decedent, Kevin A. Schultz, to endure serious, painful and disabling injuries, including his death.

10.     As a result of their negligent acts or omissions, the Defendant is liable to the Estate of Kevin A. Schultz for damages to compensate Plaintiff's Decedent for his injuries that include pain and suffering, impairment of power to labor and earn money, and funeral and burial expenses.

## **DEMAND FOR RELIEF**

WHEREFORE, plaintiff demands the following relief:

1.      Judgment against the United States of America, Department of the Army, U.S. Army Engineer District, Louisville Corps of Engineers for compensatory damages in the amount of $1,450,000.00;

2.      Any and all other relief to which the Estate of Kevin A. Schultz may appear justly entitled.

Respectfully submitted,


/Udell B. Levy_____
UDELL B. LEVY
1730 Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
(502) 561-2005
Counsel for Plaintiff

3